UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> K. WILLIAMS, <br><br> Defendant. | Case No. CV 16-6764-PA (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed de novo the First Amended Complaint, the pleadings and records on file, and the Report and Recommendation of U.S. Magistrate Judge, which recommends that the Court grant Defendant's motion to dismiss the sole remaining claim of the FAC.

On April 5, 2018, Plaintiff filed objections to the R. & R., and on April 18 Defendant filed a response. As Defendant notes (Resp. at 3), Plaintiff does not specifically object to any particular portion of or finding in the R. & R.; indeed, he barely mentions it. Instead, he "discuss[es] issues regarding the validity of his incarcertaion, the republican form of government, and the Thirteenth Amendment, most of which are

wholly irrelevant to the issue before the Court." (Id.) Accordingly, Plaintiff's objections do not undermine the thorough reasoning and correct conclusions of the R. & R. Having reviewed the R. & R. de novo, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Defendant's motion to dismiss be granted, judgment be entered in Defendant's favor, and this action be dismissed with prejudice.

DATED: April 25, 2018

                                            PERCY ANDERSON
                                            United States District Judge