# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. WILLIAMS,<br><br>　　　　　Defendant. | Case No. 16-6764-PA (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 25, 2018　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　United States District Judge